Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES, a municipal corporation,<br><br>Plaintiff(s)<br>v.<br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; COUNTRYWIDE FINANCIAL CORP.; COUNTRYWIDE HOME LOANS; and COUNTRYWIDE BANK, FSB,<br>Defendant(s). | CASE NUMBER<br><br>2:13-cv-09046 MRP (AGRx)<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III;* **note that electronic signatures are not accepted.** *Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).*

(3) *Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.*

**SECTION I - INFORMATION**

Berman, Steve W.
*Applicant's Name (Last Name, First Name & Middle Initial)*

HAGENS BERMAN SOBOL SHAPIRO LLP
*Firm Name*

1918 Eighth Avenue
Suite 3300
*Street Address*

Seattle, WA 98101
*City, State, Zip Code*

(206) 623-7292          (206) 623-0594
*Telephone Number*       *Fax Number*

steve@hbsslaw.com
*E-Mail Address*

**I have been retained to represent the following parties:**

| City of Los Angeles | ☒ Plaintiff | ☐ Defendant | ☐ Other: _____ |
|---|---|---|---|
| | ☐ Plaintiff | ☐ Defendant | ☐ Other: _____ |

*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See attached Exhibit A | | |
| | | |
| | | |

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| See attached Exhibit B | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Have you previously registered as a CM/ECF user in the Central District of California ?   ☒ Yes   ☐ No

If yes, was your CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☐ No:

_____
*Previous E-Mail Used (if applicable)*

*You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated   December 11, 2013        Steve W. Berman
                                 _____
                                 *Applicant's Name (please type or print)*

                                 *[signature]*
                                 _____
                                 *Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Byszewski, Elaine T.
*Designee's Name (Last Name, First Name & Middle Initial)*

HAGENS BERMAN SOBOL SHAPIRO LLP
*Firm Name*

301 North Lake Avenue,

Suite 203
*Street Address*

Pasadena, CA 91101
*City, State, Zip Code*

(213) 330-7150
*Telephone Number*

(213) 330-7152
*Fax Number*

elaine@hbsslaw.com
*E-Mail Address*

222304
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel.

Dated December 11, 2013

Elaine T. Byszewski
*Designee's Name (please type or print)*

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

# Exhibit A

## ADMISSIONS FOR STEVE W. BERMAN, WSBA # 12536

| Court | Admission Date | Member in Good Standing | Current Status |
|---|---|---|---|
| Supreme Court of Illinois Bar # 3126833 | 10/29/1980 | Yes | Active |
| US Supreme Court | 1982 | Yes | Active |
| Supreme Court of Washington | 7/20/1982 | Yes | Active |
| USDC, Northern District of Illinois | 9/13/1983 | Yes | Active |
| USDC, Western District of Washington | 9/24/1982 | Yes | Active |
| US Court of Appeals, 1st Circuit Court of Appeals Bar # 107719 | 9/24/2007 | Yes | Active |
| US Court of Appeals, 2nd Circuit | 05/16/2013 | Yes | Active |
| US Court of Appeals, 3rd Circuit | 1982 | Yes | Active |
| US Court of Appeals, 5th Circuit | 5/10/2004 | Yes | Active |
| US Court of Appeals, 7th Circuit | 1/20/2006 | Yes | Active |
| US Court of Appeals, 8th Circuit | 1996 | Yes | Active |
| US Court of Appeals, 9th Circuit | 8/4/1982 | Yes | Active |
| US Court of Appeals, 10th Circuit | 07/30/2001 | Yes | Active |
| US Court of Appeals, 11th Circuit | 05/21/1997 | Yes | Active |
| US Court of Appeals, Federal Circuit | 08/03/2012 | Yes | Active |
| USDC, Eastern District of Washington | 11/29/1995 | Yes | Active |
| USDC, Central District of Illinois | 10/11/1995 | Yes | Active |
| USDC, District of Colorado | 10/28/1997 | Yes | Active |
| US Court of Federal Claims | 05/24/2013 | Yes | Active |

# Exhibit B

US District Court
Central District of California

| Case Number | Title of Action | Date Application Granted |
|---|---|---|
| Case No. CV 10-8836 DDP (SSx) | Karen Sampson v. Wells Fargo | Granted December 16, 2010 Judge Dean Pregerson |
| Case No. SACV09-01298 JST (MLGx) | Kearney v. Hyundai | Granted March 11, 2011 Judge Josephine Staton Tucker |
| Case No. 5:11-CV-00390 VAP (OP) | William Rice v. Life Partners | Granted March 15, 2011 Judge Dean Pregerson |
| Case No. 2:12-CV-01193-VAP (OP) | Jon Rego v. American Honda Motor | Granted April 2, 2012 Judge Virginia A. Phillips |
| Case No. 2:12-CV-09715-CAS-AGR | Laderer v. Dole Food Co. | Granted January 24, 2013 Judge Christina A. Snyder |
| Case No. 8:12-CV-01909-GW-FFM | Hunter v. Hyundai Motor America | Granted February 11, 2013 Judge George H. Wu |
| Case No. 8:12-CV-01930-GW-FFM | Brady v. Hyundai Motor America | Granted February 11, 2013 Judge George H. Wu |
| Case No. 2:13-CV-05068-PSG-MAN | The Center for Defensive Driving v. Ford Motor Company | Granted August 5, 2013 Judge Philip S. Gutierrez |
| Case No. 8:13-CV-00876-JVS-RNB | Yahchaaroah Lightbourne v. Printroom | Granted August 6, 2013 Judge James V. Selna |
| Case No. 8:13-CV-01269-CJC-JPR | Henry Lee Sims, Jr. v. Kia Motors of America | Granted September 9, 2013 Judge Cormac J. Carney |
| Case No. 8:13-CV-01749-JLS-AN | Gregory Pero v. Medical Management International | Granted November 8, 2013 Judge Josephine L. Staton |
| Case No. SACV13-01842 DMG (RNBx) | JoAnn Anderson, et al. v. Hyundai Motor Company, et al., | Granted December 6, 2013 Judge Dolly M. Gee |
| Case No. SACV13-0191 AG (DFMx) | Constance Sims, et al. v. Kia Motors America, Inc., | Granted December 6, 2013 Judge Andrew J. Guilford |
| Case No. 2:13-CV-09009-SVW (JCx) | City of Los Angeles v. Citigroup Inc., et al. | Pending Judge Stephen V. Wilson |

298187 V1

| Case No. 2:13-CV-09007-ODW (RZx) | City of Los Angeles v. Wells Fargo & Co., et al. | Pending Judge Otis D. Wright II |
| --- | --- | --- |
| Case No. 2:13-CV-09046-MRP (AGRx) | City of Los Angeles v. Bank of America Corp., et al. | Pending Judge Mariana R. Pfaelzer |

298187 V1

# Exhibit C

# CERTIFICATION OF CURRENT STATUS

November 25, 2013

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Mr. Steve W. Berman**, WSBA ID# **12536** was admitted to the practice of law in this state by the Supreme Court of Washington on **July 20 1982**, and is, as of today's date, an **Active member** of the Washington State Bar Association, **Eligible** to practice law in this state.

This certificate reflects the member's status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Certification of Status History. Complete discipline information, including confidential and public information about grievances and disciplinary proceedings, is available with written authorization signed by the member, through a Discipline History Certificate.

_____
Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Steven William Berman

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on October 29, 1980 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Monday, November 25, 2013.

*Carolyn Taft Grosboll*

Clerk