Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES, a municipal corporation,<br><br>Plaintiff(s)<br>v.<br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; COUNTRYWIDE FINANCIAL CORP.; COUNTRYWIDE HOME LOANS; and COUNTRYWIDE BANK, FSB<br>Defendant(s). | CASE NUMBER<br>2:13-cv-09046-MRP(AGRx)<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Berman, Steve W.    of   HAGENS BERMAN SOBOL SHAPIRO LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*      1918 Eighth Avenue, Suite 3300
                                                                 Seattle, WA 98101
(206) 623-7292        (206) 623-0594
*Telephone Number*    *Fax Number*
steve@hbsslaw.com
*E-Mail Address*                                                 *Firm Name & Address*

for permission to appear and participate in this case on behalf of

City of Los Angeles

*Name(s) of Party(ies) Represented*       [X] Plaintiff   [ ] Defendant   [ ] Other: _____

and designating as Local Counsel

Byszewski, Elaine T.        of   HAGENS BERMAN SOBOL SHAPIRO LLP
*Designee's Name (Last Name, First Name & Middle Initial)*        301 North Lake Avenue,
                                                                  Suite 203
222304                                                            Pasadena, CA 91101
*Designee's Cal. Bar Number*    (213) 330-7150
                                *Telephone Number*
                                (213) 330-7152
                                *Fax Number*                      *Firm Name & Address*
                                                                  elaine@hbsslaw.com
                                                                  *E-Mail Address*

hereby ORDERS the Application be:

[ ] GRANTED.
[X] DENIED. Fee shall be returned by the Clerk.
[ ] DENIED, for failure to pay the required fee.

Dated  12/13/13

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1