| | |
|---|---|
| 1 | STEVEN A. ELLIS (SBN 171742) |
| 2 | *sellis@goodwinprocter.com*<br>**GOODWIN PROCTER LLP** |
| 3 | 601 S. Figueroa Street, 41st Floor<br>Los Angeles, CA  90017 |
| 4 | Tel.: 213.426.2500<br>Fax.: 213.623.1673 |
| 5 | Attorneys for Defendants: |
| 6 | BANK OF AMERICA CORPORATION;<br>BANK OF AMERICA, N.A., for itself |
| 7 | and as successor by merger to<br>Countrywide Bank, FSB; |
| 8 | COUNTRYWIDE FINANCIAL<br>CORPORATION, and COUNTRYWIDE |
| 9 | HOME LOANS, INC. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CITY OF LOS ANGELES, a municipal corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS; and COUNTRYWIDE BANK, FSB,<br><br>                    Defendants. | Case No. 2:13-cv-09046-PA (AGRx)<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; COUNTRYWIDE FINANCIAL CORPORATION; AND COUNTRYWIDE HOME LOANS, INC. PURSUANT TO FED. R. CIV. P. 7.1**<br><br>Courtroom:  15<br>Judge:       Hon. Percy Anderson<br><br>Complaint filed:  December 6, 2013 |

**Goodwin Procter LLP**
601 S Figueroa Street, 41st Floor
Los Angeles, California 90017

ACTIVE/51889574.1

1    Pursuant to Fed. R. Civ. P. 7.1, Defendants BANK OF AMERICA
2 CORPORATION ("BAC"); BANK OF AMERICA, N.A., for itself and as successor
3 by merger to Countrywide Bank, FSB ("BANA"); COUNTRYWIDE FINANCIAL
4 CORPORATION ("CFC"); and COUNTRYWIDE HOME LOANS, INC. ("CHL")
5 (collectively "Defendants") hereby file this corporate disclosure statement, and
6 disclose the following.

7    Defendant BAC is a publicly traded corporation whose shares are traded on
8 the New York Stock Exchange.  BAC does not have a parent corporation, and no
9 publicly held corporation owns 10% or more of its stock.

10    Defendant BANA is an indirect, wholly owned subsidiary of BAC.  No
11 publicly held corporation, other than BAC, owns 10% or more of its stock.

12    Defendant Countrywide Bank, FSB no longer exists, having been merged into
13 BANA effective April 27, 2009.

14    Defendant CFC is a wholly-owned subsidiary of the publicly held BAC.

15    Defendant CHL is a wholly-owned subsidiary of Countrywide Financial
16 Corporation, which in turn is a wholly-owned subsidiary of the publicly held BAC.

Respectfully submitted,

Dated:  January 16, 2014    By:  /s/ Steven A. Ellis
STEVEN A. ELLIS
*sellis@goodwinprocter.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendants:
BANK OF AMERICA CORPORATION;
BANK OF AMERICA, N.A., for itself
and as successor by merger to
Countrywide Bank, FSB;
COUNTRYWIDE FINANCIAL
CORPORATION, and COUNTRYWIDE
HOME LOANS, INC.

**Goodwin Procter LLP**
601 S Figueroa Street, 41st Floor
Los Angeles, California 90017

ACTIVE/51889574.1

1