THOMAS M. HEFFERON *(pro hac vice)*
thefferon@goodwinprocter.com
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC 20001
Tel.: 202.346.4000
Fax.: 202.346.4444

STEVEN A. ELLIS (SBN 171742)
*sellis@goodwinprocter.com*
LAURA A. STOLL (SBN 255023)
*lstoll@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: 213.426.2500
Fax.: 213.623.1673

Attorneys for Defendants:
BANK OF AMERICA CORPORATION;
BANK OF AMERICA, N.A., for itself and as successor by merger to Countrywide Bank, FSB; COUNTRYWIDE FINANCIAL CORPORATION; and COUNTRYWIDE HOME LOANS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CITY OF LOS ANGELES, a municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS; and COUNTRYWIDE BANK, FSB,<br><br>Defendants. | Case No. 2:13-cv-09046-PA-AGR<br><br>**LOCAL RULE 83-1.3 NOTICE OF RELATED CASE**<br><br>Courtroom: 15<br>Judge: Hon. Percy Anderson<br><br>Complaint filed: December 6, 2013 |

ACTIVE/71516785.2

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, under Local Rule 83-1.3, defendants Bank of America Corporation; Bank of America, N.A., for itself and as successor by merger to Countrywide Bank, FSB; Countrywide Financial Corporation; Countrywide Home Loans, Inc. (collectively, "Defendants") hereby inform the Court that this case (the "*City of Los Angeles Action*") is related to the following case in the Central District of California before the Honorable Philip S. Gutierrez: *United States of America v. Countrywide Financial Corporation, et al.,* No. 11-cv-10540 (the "*Countrywide Action*").

The *City of Los Angeles Action* qualifies as related to the *Countrywide Action* under the provisions of the Local Rules in that the two actions appear (i) "[t]o arise from the same or a closely related transaction, happening or event," (ii) "[t]o call for determination of the same or substantially related or similar questions of law and fact," or (iii) "[f]or other reasons would entail substantial duplication of labor if heard by different judges." L.R. 83-1.3.  Specifically:

- The *City of Los Angeles Action* is, in substantial part, a copy of the *Countrywide Action*.  Entire paragraphs from the complaint in the *Countrywide Action* are repeated, verbatim, in the complaint in the *City of Los Angeles* action.  *Compare, e.g., Countrywide Action* Compl. ¶¶ 12-37, 49-61, 80 *with City of Los Angeles* Compl. ¶¶ 25-33, 36-40, 50-70, 74-75.

- Plaintiffs in both Actions bring claims against Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Bank, FSB (collectively, "Countrywide") for violations of the Fair Housing Act ("FHA") in connection with allegedly discriminatory lending practices that occurred between 2004 and 2008.

**Goodwin Procter LLP**
601 S Figueroa Street, 41st Floor
Los Angeles, California 90017

- Plaintiffs in both Actions allege that Countrywide's lending practices constitute violations of the FHA because Countrywide allegedly discriminated on the basis of race and/or national origin in Los Angeles by (i) charging borrowers higher fees and costs based on their race or national origin; and (ii) placing borrowers in certain ethnic groups into subprime loans even though borrowers in other ethnic groups who had similar credit qualifications were placed into prime loans.
- Plaintiffs in both actions seek a declaration that Countrywide's lending practices constituted violations of the Fair Housing Act, an injunction enjoining Countrywide and its agents and employees from continuing the alleged discriminatory conduct, and compensatory damages.

The parties in the *Countrywide Action* entered into a consent order on December 28, 2011 where the parties stipulated that Defendants' compliance with the terms of the order "fully and finally resolve[d] all claims" in connection with that litigation. Recently, however, certain third party individual borrowers filed a motion to intervene and to reopen the *Countrywide Action*. Countrywide and the Government filed oppositions to that motion on February 3, 2014, and the motion is set for a hearing before Judge Gutierrez on February 24, 2014.

///

///

///

///

ACTIVE/71516785.2

2

1    For the foregoing reasons, Defendants request that the *City of Los Angeles
2    Action* be deemed related to the *Countrywide Action* and that both cases be assigned
3    to the same judge of this Court.

Respectfully submitted,

Dated:   February 13, 2014         By:   /s/ Steven A. Ellis
                                         THOMAS M. HEFFERON *(pro hac vice)*
                                         *thefferon@goodwinprocter.com*
                                         STEVEN A. ELLIS
                                         *sellis@goodwinprocter.com*
                                         LAURA A. STOLL
                                         *lstoll@goodwinprocter.com*
                                         **GOODWIN PROCTER LLP**

                                         Attorneys for Defendants:
                                         BANK OF AMERICA CORPORATION;
                                         BANK OF AMERICA, N.A., for itself
                                         and as successor by merger to
                                         Countrywide Bank, FSB;
                                         COUNTRYWIDE FINANCIAL
                                         CORPORATION, and COUNTRYWIDE
                                         HOME LOANS, INC.

ACTIVE/71516785.2                          3

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 601 South Figueroa Street, 41st Floor, Los Angeles, California 90017.

On **February 13, 2014**, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

**LOCAL RULE 83-1.3 NOTICE OF RELATED CASE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants in the case are not registered CM/ECF users. I have served the foregoing document(s) to the following non-CM/ECF participants:

| | |
|---|---|
| Michael N. Feuer<br>City Attorney<br>LOS ANGELES CITY ATTORNEY'S OFFICE<br>200 N. Main Street, Room 800<br>Los Angeles, CA 90012 | Counsel for Plaintiff: *City of Los Angeles*<br>Tel. 213.978.8100<br>Fax: 213.978.8785<br>Mike.feuer@lacity.org |

☐ By (MAIL). I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☒ By (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **February 13, 2014**, at Los Angeles, California.

_____     _____
Laura Weaver                                                    (Signature)
(Type or print name)

- 1 -

ACTIVE/71080726.1