| | |
|---|---|
| 1 | MICHAEL N. FEUER (SBN 111529) |
| | Email: mike.feuer@lacity.org |
| 2 | CITY ATTORNEY |
| | CITY OF LOS ANGELES |
| 3 | 200 N. Main Street, Room 800 |
| | Los Angeles, CA 90012 |
| 4 | Telephone: (213) 978-8100 |
| 5 | ELAINE T. BYSZEWSKI (SBN 222304) |
| | Email: elaine@hbsslaw.com |
| 6 | LEE M. GORDON (SBN 174168) |
| | Email: lee@hbsslaw.com |
| 7 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 301 North Lake Avenue, Suite 203 |
| 8 | Pasadena, CA 91101 |
| | Telephone: (213) 330-7150 |

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiff the City of Los Angeles*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES, a municipal corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS; and COUNTRYWIDE BANK, FSB,<br><br>　　　　　　　　　　Defendants. | No. 2:13-cv-09046-PA(AGRx)<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANTS' LOCAL RULE 83-1.3 NOTICE OF RELATED CASE**<br><br>Courtroom: 15<br>Judge: Hon. Percy Anderson<br>Trial Date: None Set<br><br>Complaint filed: December 6, 2013 |

1    The City of Los Angeles, a municipal corporation, Plaintiff in the above-
2  captioned action (the "*Los Angeles-BoA Action*"), hereby opposes any related case
3  transfer in connection with the closed action entitled *United States of America v.*
4  *Countrywide Financial Corporation, et al.,* No. 11-cv-10540 (the "*USA-*
5  *Countrywide Action*").  The *USA-Countrywide Action* is cited in a Notice of Related
6  Case filed by defendants Bank of America Corporation, and  Bank of America, N.A.,
7  for itself and as successor by merger to Countrywide Bank, FSB, Countrywide
8  Financial Corporation, and Countrywide Home Loans, Inc. (collectively,
9  "Defendants").   In this context, the *Los Angeles-BoA Action* does not qualify for a
10 related case transfer for the following reasons:

- The *USA-Countrywide Action* was filed to implement a negotiated consent decree.  Both the Complaint and proposed consent decree in that action were presented to the court in late December 2011.  There were no other substantive factual or legal determinations to be made in that action beyond entry of the consent decree itself.  There was "no factual finding or adjudication with respect to any matter alleged by the United States" in that action, as set forth in the consent decree.  The *USA-Countrywide Action* was opened and promptly closed one week later after entry of the consent decree in December 2011.
- The cuurrent *Los Angeles-BoA Action* was filed in December 2013, nearly two years after the *USA-Countrywide Action* was closed.
- The fact that certain third parties now seek to reopen the *USA-Countrywide Action* does not change the procedural posture of that action.  Even defendant Bank of America (on behalf of Countrywide) opposes the third party request to reopen that limited-purpose action.
- The *Los Angeles-BoA Action* primarily calls for determination of different questions of law and fact than the *USA-Countrywide Action*:

- 1 -

010346.13  673317 V1

- o Fundamentally, the current case addresses questions of law and fact about whether Defendants' alleged FHA violations injured the City of Los Angeles. Plaintiff seeks to recover tax diminution losses and out-of-pocket expenses incurred by the City of Los Angeles. The nature of damages asserted in the closed *USA-Countrywide Action* was completely different.
  - o In the 2011 *USA-Countrywide Action*, The U.S. Department of Justice did not seek damages on behalf of municipalities, nor did it even seek damages of the sort sought by municipalities. The U.S. Department of Justice sought damages on behalf of aggrieved homeowners.
  - o In any event, the parties to the *USA-Countrywide Action* did not seek judicial determinations of questions of law and fact; they sought to implement the December 28, 2011 consent decree.
- The *Los Angeles-BoA Action* and the *USA-Countrywide Action* do not generally arise from the same scope of transactions, happenings, or events—the scope of each action substantially differs from the other:
  - o Most of the lending transactions at issue in this case were not at issue in the closed *USA-Countrywide Action*. The current case deals with Bank of America's lending practices from at least 2004 to the present, including loans made by, acquired by, and on behalf of Bank of America. The *USA-Countrywide Action*, on the other hand, related solely to Countrywide loans made during the period of 2004-2008.
  - o The Countrywide loans represent only a subset of the pre-2008 loans at issue here. Moreover, the *USA-Countrywide Action* did not address any of the post-2008 loans at issue in this case.

- o The claims in this case arise from Bank of America's redlining, as well as its reverse-redlining, based on a variety of loan types. By contrast, the claims in the *USA-Countrywide Action* only arose from Countrywide's reverse redlining with regard to subprime loans.
- o The lending transactions at issue in this case occurred entirely in Los Angeles, while the transactions at issue in the *USA-Countrywide Action* occurred throughout the United States.
- o The *USA-Countrywide Action* also involved claims of marital discrimination and Equal Credit Opportunity Act violations, which are not alleged in the current case.

- Having the two actions heard by different judges would not likely result in a substantial duplication of labor. The judicial work to be performed in the current case was not completed previously in the closed *USA-Countrywide Action*. There are no judicial efficiencies to be achieved by directing the current case to the Judge in the closed *USA-Countrywide Action*.
- There are at least two other recently-filed actions pending in this district court that more closely relate to the above-captioned case, and which do not assert even a subset of claims pertaining to Countrywide. These include an earlier-filed action in this district entitled *City of Los Angeles v. Wells Fargo & Co., et al.,* Case No. 2:13-cv-09007-ODW(RZx) (the "*Wells Action*"), and another action entitled *City of Los Angeles v. Citigroup Inc., et al.*, Case No. 2:13-cv-09009-SVW(JCx) (the "*Citi Action*"). All three of Plaintiff's pending actions allege that Defendants' FHA violations injured the City of Los Angeles. The *Wells Action*, currently pending before the Honorable Otis D. Wright,

- 3 -

010346.13 673317 V1

II, is the first-filed action among the three pending actions filed by Plaintiff.  This *Los Angeles-BoA Action* and the *Citi Action* likely qualify for related-case transfers to the Honorable Otis D. Wright, II.

Respectfully submitted,

DATED:   February 18, 2014        HAGENS BERMAN SOBOL SHAPIRO LLP


By: /s/  Lee M. Gordon
       Lee M. Gordon (SBN 174168)
       lee@hbsslaw.com

Elaine T. Byszewski (SBN 222304)
elaine@hbsslaw.com
301 North Lake Avenue, Suite 203
Pasadena, CA  91101
Telephone:  (213) 330-7150


Michael N. Feuer (SBN 111529)
mike.feuer@lacity.org
City Attorney
CITY OF LOS ANGELES
200 N. Main Street, Room 800
Los Angeles, CA 90012
Phone: (213) 978-8100


Joel Liberson (SBN 164857)
joel@taresources.com
Howard Liberson (SBN 183269)
howard@taresources.com
TRIAL & APPELLATE RESOURCES, P.C.
400 Continental Blvd., 6th Floor
El Segundo, CA  90245
Telephone:  (310) 426-2361

- 4 -

010346.13  673317 V1

Robert Peck (*Pro Hac Vice*)
robert.peck@cclfirm.com CENTER FOR
CONSTITUTIONAL LITIGATION
777 6th Street NW, Suite 520
Washington, DC  20001
Telephone:  (202) 944-2803


Clifton Albright (SBN 100020)
clifton.albright@ayslaw.com
ALBRIGHT YEE & SCHMIT
888 West 6th Street, Suite 1400
Los Angeles, CA  90017
Telephone: (213) 833-1700

*Attorneys for Plaintiff the City of Los Angeles*

- 5 -

010346.13  673317 V1

# CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2014, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                        /s/ Andy Katz
                        Andy Katz

010346.13  673317 V1