STEVEN A. ELLIS (SBN 171742)
sellis@goodwinprocter.com
LAURA A. STOLL (SBN 255023)
lstoll@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: 213.426.2500
Fax.: 213.623.1673

Attorneys for Defendants:
BANK OF AMERICA CORPORATION;
BANK OF AMERICA, N.A., for itself and as successor by merger to Countrywide Bank, FSB; COUNTRYWIDE FINANCIAL CORPORATION; and COUNTRYWIDE HOME LOANS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CITY OF LOS ANGELES, a municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS; and COUNTRYWIDE BANK, FSB,<br><br>Defendants. | Case No. 2:13-cv-09046-PA-AGR<br><br>**DECLARATION OF CHRISTINE M. COSTAMAGNA IN SUPPORT OF DEFENDANTS COUNTRYWIDE FINANCIAL CORPORATION AND COUNTRYWIDE HOME LOANS, INC. MOTION FOR SUMMARY JUDGMENT**<br><br>Date: May 11, 2015<br>Time: 1:30pm<br>Courtroom: 15<br>Judge: Hon. Percy Anderson<br><br>Complaint filed: December 6, 2013<br><br>Filed concurrently with the following:<br>1. Notice of Motion and Motion;<br>2. Memorandum of Points and Authorities;<br>3. Separate Statement of Undisputed Facts & Conclusions of Law; and<br>4. Proposed Judgment |

# DECLARATION OF CHRISTINE M. COSTAMAGNA

I, Christine M. Costamagna, hereby declare and state as follows:

1. I am a Senior Vice President and Secretary of Countrywide Financial Corporation ("CFC").

2. I make this Declaration based upon my personal knowledge and information available to me from the records of CFC and of its wholly-owned subsidiary Countrywide Home Loans, Inc. ("CHL").

3. I make this declaration in support of Defendants' Motion for Summary Judgment in the above-referenced matter.

4. CFC is a holding company. It made no residential mortgage loans in the period on and after December 5, 2011. CFC has never made any residential mortgage loan.

5. CHL is a subsidiary of CFC. It has remained a subsidiary of CFC even after CFC was acquired by Bank of America Corporation on July 1, 2008.

6. CHL previously made residential mortgage loans, but has not made a residential mortgage loan since no later than 2009. CHL made no residential mortgage loans in the period on and after December 5, 2011.

///

///

///

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of March, 2015

*Christine Costamagna*
CHRISTINE M. COSTAMAGNA

Goodwin Procter LLP
601 S Figueroa Street, 41st Floor
Los Angeles, California 90017

2

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 601 South Figueroa Street, 41st Floor, Los Angeles, California 90017.

On **March 30, 2015**, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

**DECLARATION OF CHRISTINE M. COSTAMAGNA IN SUPPORT OF DEFENDANTS COUNTRYWIDE FINANCIAL CORPORATION AND COUNTRYWIDE HOME LOANS, INC. MOTION FOR SUMMARY JUDGMENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants in the case are not registered CM/ECF users. I have served the foregoing document(s) to the following non-CM/ECF participants:

| | |
|---|---|
| Michael N. Feuer<br>City Attorney<br>LOS ANGELES CITY ATTORNEY'S OFFICE<br>City Hall East<br>200 North Main Street, 6th Floor<br>Los Angeles, CA 90012 | Counsel for Plaintiff: *City of Los Angeles*<br>Tel. 213.978.8100<br>Fax: 213.978.8785<br>Mike.feuer@lacity.org |

☐ By (MAIL). I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☒ By (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **March 30, 2015**, at Los Angeles, California.

_____Jennifer Vosler_____  _____(Signature)_____
(Type or print name)

Goodwin Procter LLP
601 S Figueroa Street, 41st Floor
Los Angeles, California 90017