1  STEVEN A. ELLIS (SBN 171742)
   *sellis@goodwinprocter.com*
2  LAURA A. STOLL (SBN 255023)
   *lstoll@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st Floor
4  Los Angeles, CA  90017
   Tel.:  213.426.2500
5  Fax.:  213.623.1673

6  Attorneys for Defendants:
   BANK OF AMERICA CORPORATION;
7  BANK OF AMERICA, N.A., for itself and
   as successor by merger to Countrywide
8  Bank, FSB; COUNTRYWIDE
   FINANCIAL CORPORATION; and
9  COUNTRYWIDE HOME LOANS, INC.

10 [ADDITIONAL COUNSEL IN SIGNATURE BLOCK]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CITY OF LOS ANGELES, a municipal corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS; and COUNTRYWIDE BANK, FSB,<br><br>    Defendants. | Case No. 2:13-cv-09046-PA-AGR<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANTS BANK OF AMERICA CORPORATION AND BANK OF AMERICA, N.A. (FOR ITSELF AND AS SUCCESSOR BY MERGER TO COUNTRYWIDE BANK, FSB) FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS**<br><br>Date:     May 11, 2015<br>Time:    1:30pm<br>Courtroom: 15<br>Judge:   Hon. Percy Anderson<br><br>Complaint filed:  December 6, 2013<br><br>Filed concurrently with the following:<br>  1. Memorandum of Points and Authorities;<br>  2. Separate Statement of Undisputed Facts and Conclusions of Law;<br>  3. Declaration of David Steckel;<br>  4. Declaration of Nicole Patterson;<br>  5. Declaration of Steven Ellis; and<br>  6. Proposed Judgment |

ACTIVE/81588623.1

# NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Monday, May 11, 2015 at 1:30 p.m., or as soon thereafter as counsel may be heard, in Courtroom 15 at the United States Courthouse located at 312 North Spring Street Los Angeles, CA 90012-4701, Defendants BANK OF AMERICA CORPORATION and BANK OF AMERICA, N.A. (for itself and as successor by merger to Defendant COUNTRYWIDE BANK, FSB) (collectively "Defendants") will and hereby do move for summary judgment on all claims asserted in Plaintiff CITY OF LOS ANGELES' Complaint pursuant to Federal Rule of Civil Procedure 56.  This motion is made on the grounds that there is no genuine issue as to any material fact as to Defendants' statute of limitations defense and that Defendants are entitled to judgment as a matter of law.

This motion is made based on this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities in Support of Motion for Summary Judgment, Separate Statement of Undisputed Facts and Conclusions of Law, and Declarations of David Steckel, Nicole Patterson, and Steven Ellis; and all pleadings, records, and papers on file in this action; and such other written or oral arguments as may be presented to the Court at or before the hearing on this Motion.

///

///

///

**Goodwin Procter LLP**
**601 S Figueroa Street, 41st Floor**
**Los Angeles, California 90017**

ACTIVE/81588623.1

1  Pursuant to Local Rule 7-3, counsel for Defendants conferred with counsel for
2  Plaintiffs regarding this motion on March 23, 2015. The parties were unable to reach
3  agreement.

Respectfully submitted,

6  Dated:  March 30, 2015        By:   /s/ Steven A. Ellis
                                        STEVEN A. ELLIS
                                        *sellis@goodwinprocter.com*
                                        LAURA A. STOLL
                                        *lstoll@goodwinprocter.com*
                                        **GOODWIN PROCTER LLP**

                                        THOMAS M. HEFFERON (pro hac vice)
                                        *thefferon@goodwinprocter.com*
                                        MATTHEW S. SHELDON (pro hac vice)
                                        *msheldon@goodwinprocter.com*
                                        **GOODWIN PROCTER LLP**
                                        901 New York Avenue NW
                                        Washington, DC  20001
                                        Tel.:  202.346.4000
                                        Fax.:  202.346.4444

                                        JAMES W. MCGARRY (pro hac vice)
                                        *jmcgarry@goodwinprocter.com*
                                        **GOODWIN PROCTER LLP**
                                        53 State Street
                                        Boston, MA  02109
                                        Tel.:  617.570.1000
                                        Fax.:  617.523.1231

                                        Attorneys for Defendants:
                                        BANK OF AMERICA CORPORATION
                                        and BANK OF AMERICA, N.A., for
                                        itself and as successor by merger to
                                        Countrywide Bank, FSB;

**Goodwin Procter LLP**
601 S Figueroa Street, 41st Floor
Los Angeles, California 90017

- 2 -

ACTIVE/81588623.1