JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES, | CV 13-9046 PA (AGRx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS; and COUNTRYWIDE BANK, FSB, | |
| Defendants. | |

Pursuant to the Court's May 11, 2015 Minute Order granting the Motions for Summary Judgment filed by defendants Bank of America Corporation, Bank of America, N.A. (for itself and as successor-by-merger to Countrywide Bank, FSB), Countrywide Financial Corporation, and Countrywide Home Loans, Inc. (collectively "Defendants"), which granted summary judgment to Defendants on all claims asserted by plaintiff City of Los Angeles ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiffs.

1     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims
2 are dismissed with prejudice.
3     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
4 nothing and that Defendants shall have their costs of suit.
5     IT IS SO ORDERED.

6

7 DATED: May 11, 2015     _____

8                                         Percy Anderson
                                UNITED STATES DISTRICT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28